FILED
August 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Juan Morales, )<br>)<br>Defendant. ) | Case No. 2:07-cr-314 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Juan Morales_ Case _2:07-cr-314 FCD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000 to be later secured by defendant's vehicle

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _8/8/07_ at _3:15 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge