IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


|                             |   |
|-----------------------------|---|
| UNITED STATES OF AMERICA,   | ) CASE NO. 2:07-CR-00314-KJM |
|                             | ) |
|       Plaintiff, | ) |
|                             | ) |
|     v.  | ) **ORDER** |
|                             | ) |
| JUAN MORALES,               | ) |
|                             | ) |
|       Defendant. | ) |
|                             | ) |

The United States' Motion to Dismiss the Indictment only as it relates to defendant Juan Morales is **GRANTED**.

Dated: November 9, 2015.

_____
UNITED STATES DISTRICT JUDGE